UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| MARIELA DE CAIRES, | No.: 6:21-cv-01540-PGB-GJK |
| Plaintiff, | Hon. Paul G. Byron |
| v. | Judge Presiding |
| CAVALRY PORTFOLIO SERVICES, LLC, | Hon. Gregory J. Kelly Magistrate Judge |
| Defendant. | |
| _____/ | |

### NOTICE OF PLAINTIFF'S OPPOSITION TO CAVALRY'S MOTION TO TRANSFER VENUE PURSUANT TO THE "FIRST-FILED RULE"

Defendant, Cavalry Portfolio Services, LLC ("Defendant" or "Cavalry"), by and through its counsel, and pursuant to Local 3.01(g), United States District Court, Middle District of Florida, hereby supplements its Motion to Transfer Venue Pursuant to the "First-Filed Rule" [D.E. 5] (the "Motion") to provide notice to this Court that the undersigned counsel for Cavalry conferred with counsel for Plaintiff by telephone on September 27, 2021, who advised that Plaintiff opposes the relief sought in the Motion.

Dated: September 27, 2021

Respectfully submitted,

**CAVALRY PORTFOLIO SERVICES, LLC,**

By: /s/ Christopher P. Hahn
Christopher P. Hahn, Esq.
Fla. Bar No. 87577
MAURICE WUTSCHER LLP

1

2255 Glades Road, Suite 324A  
Boca Raton, FL 33431  
Tel: (772) 237-3410  
Fax: (866) 581-9302  
chahn@MauriceWutscher.com  
litigation@MauriceWutscher.com  

## Certificate of Service

The undersigned hereby certifies that, on this **27th day of September, 2021**, a true and correct copy of the foregoing document and any related exhibits was served via CM/ECF on all interested parties.

/s/Christopher P. Hahn