## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**MARIELA DE CAIRES,**

      **Plaintiff,**

v.                                      Case No: 6:21-cv-1540-PGB-GJK

**CAVALRY PORTFOLIO SERVICES, LLC,**

      **Defendant.**

_____/

## **ORDER**

This cause is before the Court on the Case Management Report filed by the parties (Doc. 13). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on November 4, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties