UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:21-CV-01540-PGB-GJK

MARIELA DE CAIRES,

    Plaintiff,

v.

CAVALRY PORTFOLIO
SERVICES, LLC,

    Defendants.
_____/

## **PLAINTIFF'S RESPONSE TO THE ENDORSED ORDER TO SHOW CAUSE**

Plaintiff Mariela De Caires notifies this Court that Plaintiff *does not* oppose staying proceedings in the captioned matter pending the Eleventh Circuit's *en banc* review of *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, No. 19-14434, 2021 WL 1556069 (11th Cir. 2021).

DATED: December 9, 2021

                                              Respectfully Submitted,

                                              /s/ Thomas J. Patti
                                              **JIBRAEL S. HINDI, ESQ.**
                                              Florida Bar No.: 118259
                                              E-mail:   jibrael@jibraellaw.com
                                              **THOMAS J. PATTI, ESQ.**
                                              Florida Bar No.: 118377
                                              E-mail:   tom@jibraellaw.com
                                              The Law Offices of Jibrael S. Hindi
                                              110 SE 6th Street, Suite 1744
                                              Fort Lauderdale, Florida 33301
                                              Phone:     954-907-1136
                                              Fax:        855-529-9540

                                              *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 9, 2021, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

    /s/ Thomas J. Patti              _
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com